**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                                  NO. 4:07CR00116-01 GTE

WILLIAM BOTT                                                      DEFENDANT


## AMENDMENT TO CORRECT JUDGMENT AND COMMITMENT

The Judgment and Commitment filed in this case on April 22, 2008, is amended to reflect that Page 6 of the Judgment & Commitment, the forfeiture section should be as follows:

The Defendant, William Bott, shall forfeit his interest in the following described property to the United States:

One (1) generic AMD desktop computer with no serial number, and Fifty-four (54) compact disks (CDs)

The remaining portions of the Judgment and Commitment will remain in full force and effect.

IT IS SO ORDERED   this 1st day of May, 2008.


_/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE